UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TIMOTHY GOODWIN

                              Petitioner,

     v.                                                     05-cv-0689

UNITED STATES OF AMERICA

                              Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

### DECISION and ORDER

        On September 11, 2007, Timothy Goodwin requested a copy of court proceedings held on January 7, 2003. Goodwin claims to want the transcripts "for [his] own personal record."

        Because Goodwin has provided no specific reasons for his request for the transcript, other than for his own personal record, his request is DENIED. See 28 U.S.C. § 753(f); see also United States v. Horvath, 157 F.3d 131, 132 (2d Cir. 1998) (denying inmate a free copy of his plea and sentencing hearing transcripts for failure to provide an arguable basis in law or in fact that it is needed) (citations omitted).

IT IS SO ORDERED.

Dated: September 25, 2007

                                                    Thomas J. McAvoy
                                                    Senior, U.S. District Judge